[No. 2095]

STATE OF NEVADA, EX REL. GEO. B. THATCHER, ATTORNEY-GENERAL, PETITIONER, *v.* FRANK P. LANGAN, DISTRICT JUDGE OF THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF ORMSBY, RESPONDENT.

[139 Pac. 514 and 142 Pac. 631]

*Geo. B. Thatcher*, Attorney-General, and *William Forman*, for Petitioner.

*Mack, Green & Heer*, for Respondent.

By the Court, TALBOT, C. J.:

This is an original proceeding in prohibition. The same legal question is involved as presented in cases 2073 and 2074 this day decided. Upon the authority of the decision in those cases the writ will issue as demanded, restraining the district court, and Hon. Frank P. Langan, the judge thereof, from proceeding with the hearings mentioned in the petition, and sought to be restrained, until notice has been given to the attorney-general, as provided by the civil practice act, and he is allowed to appear.

MCCARRAN, J.: I concur.

### ON PETITION FOR REHEARING

By the Court, TALBOT, C. J.:

Upon authority of cases Nos. 2073 and 2074, this day decided, the petition for a rehearing is denied.

MCCARRAN, J.: I concur.

NORCROSS, J.: I dissent.